# DISTRICT OF NEW JERSEY
# NEWARK VICINAGE

**[Your Name],** Defendant, v. **State of New Jersey / Jersey City Municipal Court**, Plaintiff.

Municipal Court Case No.: _Exhibit A_________ Federal Case No.: __________ (to be assigned)

# MOTION TO REMOVE MUNICIPAL COURT PROCEEDINGS UNDER 28 U.S.C. § 1443(1)

Defendant **Martha W Lee**, proceeding pro se, respectfully moves this Court to remove the above-captioned municipal court matter from the **Jersey City Municipal Court** to the **United States District Court for the District of New Jersey**, pursuant to **28 U.S.C. §§ 1443 and 1446**, and states:

## I. INTRODUCTION

1. Defendant seeks removal under **28 U.S.C. § 1443(1)** because the municipal proceedings arise from **discriminatory, retaliatory, and selective enforcement** by Jersey City officials, and Defendant cannot enforce federal civil rights in the New Jersey municipal court system.
2. Defendant recently relocated to Massachusetts, yet Jersey City continues issuing excessive, baseless filings designed to harass, retaliate, and deprive Defendant of equal protection.

## II. BASIS FOR REMOVAL UNDER 28 U.S.C. § 1443(1)

3. Removal is proper where a defendant is denied or cannot enforce rights under laws providing for **equal civil rights**, including:
    - **42 U.S.C. § 1981** (equal rights under the law)
    - **42 U.S.C. § 1983** (constitutional rights under color of state law)
    - **42 U.S.C. § 2000d** (Title VI)
    - The **Fourteenth Amendment** (Equal Protection and Due Process)
4. Defendant alleges Jersey City officials have engaged in:
    - **Discriminatory enforcement**
    - **Retaliatory prosecution**
    - **Unequal treatment**
    - **Procedural irregularities**
    - **Harassment through excessive filings**
5. These actions prevent Defendant from enforcing federal civil rights in municipal court, satisfying the strict requirements of § 1443(1).

# III. SPECIFIC GROUNDS FOR REMOVAL

6. **Selective Enforcement:** Jersey City officials issued repeated filings not applied to similarly situated individuals without any search warrants.
7. **Retaliation for Protected Activity:** Filings escalated after Defendant exercised First Amendment rights, including complaints to city officials.
8. **Denial of Equal Protection:** Municipal court practices have included disparate scheduling, refusal to consider evidence, and irregular procedures.
9. **Inability to Enforce Federal Rights in State Court:** The pattern of conduct demonstrates municipal court bias and inability to vindicate federal civil rights.

# IV. PROCEDURAL REQUIREMENTS UNDER 28 U.S.C. § 1446

10. **Timeliness:** This Motion is filed promptly upon receipt of the municipal filings forming the basis for removal.
11. **Attachments:** Copies of all pleadings, summonses, notices, and filings served upon Defendant are attached as **Exhibit A**.
12. **Notice:** Defendant will promptly serve this Motion on the municipal prosecutor and file a copy with the Jersey City Municipal Court, that is scheduled on Sep. 20, 2026, as required by § 1446(d).

# V. REQUEST FOR RELIEF

Defendant respectfully requests that this Court:

A. Accept removal of the municipal action under **28 U.S.C. § 1443**; B. Stay all municipal court proceedings pending federal review; C. Grant any further relief the Court deems just and proper.

# VI. JURY DEMAND

Defendant demands a trial by jury on all issues so triable.

# Respectfully submitted,

Martha W Lee

65 Pasadena Parkway,

Worcester, MA 01605

513-266-5273

marthawlee3703@gmail.com

Date: __09/21/2026________

Municipal Court Case Search (MCCS)

NJCourts | Pay Ticket | MCCS

New Jersey Courts
Independence • Integrity • Fairness • Quality Service



Welcome | Search

## Case List

Select a Case then press the View Summary button to see the Case details. Note: Must perform new search after 7 cases have been viewed.

Search result for: Defendant Name - LEE, MARTHA, Court - ALL, Status - OPEN

Page 1 of 10

| Sel | Court Name | Case Number | Offense | Offense Description | Offense Date | Court Date/ Pay by Date | Case Status | Warrant Status |
|---|---|---|---|---|---|---|---|---|
| ○ | JERSEY CITY MUNICIPAL COURT | SF 2015 298157 | 287-3(B) | ACCUMULATION REFUSE UPON OR WITHIN PRIVATE PROPERTY | 06/05/2015 | 09/28/2026 | Failure to Appear/ Pa | Recalled |
| ○ | JERSEY CITY MUNICIPAL COURT | SF 2023 453702 | 131-1D | CITY ADOPTS CONSTRUCTION SAFETY MANUAL AS AMENDED | 06/15/2023 | 09/28/2026 | Failure to Appear/ Pa | |
| ○ | JERSEY CITY MUNICIPAL COURT | S24 2024 365 | 287-3B | REFUSE ACCUMULATING ON PRIVATE PROPEITY | 01/10/2024 | 09/28/2026 | Failure to Appear/ Pa | |
| ○ | JERSEY CITY MUNICIPAL COURT | S24 2024 366 | 287-9A | ACCUMULATION OF REFUSE | 01/10/2024 | 03/01/2024 | Failure to Appear/ Pa | |
| ○ | JERSEY CITY MUNICIPAL COURT | S25 2025 2452 | 254-27A | HEATING FACILITIES/RESIDENTIAL | 02/21/2025 | 09/28/2026 | Failure to Appear/ Pa | |
| ○ | JERSEY CITY MUNICIPAL COURT | S25 2025 2717 | 254-45B(9)B | BANISTER/RAILING REQUIREMENTS | 02/27/2025 | 09/28/2026 | Failure to Appear/ Pa | |
| ○ | JERSEY CITY MUNICIPAL COURT | S25 2025 2718 | 254-45B(9)(A) | REPAIR PORCH | 02/27/2025 | 09/28/2026 | Failure to Appear/ Pa | |
| ○ | JERSEY CITY MUNICIPAL COURT | S25 2025 2719 | 254-44 | APPEARANCE OF EXTERIOR OF PREMISES | 02/27/2025 | 09/28/2026 | Failure to Appear/ Pa | |
| ○ | JERSEY CITY MUNICIPAL COURT | S25 2025 2720 | 254-45B(13) | FAILURE TO MAINTAIN - STAIRS, HANDRAILS AND BANISTERS | 02/27/2025 | 09/28/2026 | Failure to Appear/ Pa | |
| ○ | JERSEY CITY MUNICIPAL COURT | S25 2025 2721 | 254-43B(1) | REPAIR SIDEWALKS | 02/27/2025 | 09/23/2026 | Failure to Appear/ Pa | |

New Search | View Summary

Copyright © 2012 New Jersey Judiciary